IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YVONNE RENEE DODD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:08-CV-1082-K |
| | ) |
| PILOT CATASTROPHE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNTIED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

SO ORDERED.

SIGNED this 9th day of October, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE